# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: LENDABARKER, ROBERT JR. | § | Case No. 09-14513-JS |
|      LENDABARKER, GAYLE | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>DAVID GROCHOCINSKI, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of U.S. Bankruptcy Court
    219 S. Dearborn Street
    Chicago, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 01/08/2010 in Courtroom 4016, United States Courthouse, DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  <u>12/01/2009</u>      By:  <u>/s/DAVID GROCHOCINSKI, TRUSTEE</u>
                                                                        Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: LENDABARKER, ROBERT JR. | § Case No. 09-14513-JS |
| LENDABARKER, GAYLE | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 3,750.50 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 3,750.50 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | DAVID GROCHOCINSKI, TRUSTEE | $ 937.63 | $ |
| Attorney for trustee | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | $ 1,000.00 | $ 41.86 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor* _____ | $_____ | $_____ |
| *Attorney for* _____ | $_____ | $_____ |
| *Accountant for* _____ | $_____ | $_____ |
| *Appraiser for* _____ | $_____ | $_____ |
| *Other* _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*    *Claimant*                                          *Allowed Amt. of Claim*    *Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,870.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.9 percent.

Timely allowed general (unsecured) claims are as follows:

*Claim Number*    *Claimant*                                          *Allowed Amt. of Claim*    *Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 1 | Discover Bank | $ 8,712.63 | $ 1,299.83 |
| 2 | Discover Bank | $ 939.84 | $ 140.21 |
| 3 | Rains Law Group | $ 1,759.53 | $ 262.50 |
| 4 | Recovery Management Systems Corporation | $ 458.96 | $ 68.47 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                            Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                            Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By:  /s/DAVID GROCHOCINSKI, TRUSTEE
Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: vwalker               Page 1 of 1                   Date Rcvd: Dec 08, 2009
Case: 09-14513                Form ID: pdf006             Total Noticed: 23

The following entities were noticed by first class mail on Dec 10, 2009.
db/jdb        +Robert J. Lendabarker, Jr.,    Gayle A. Lendabarker,    2N101 Mildred,    Glen Ellyn, IL 60137-3143
aty           +Dennise L McCann,    Anderson & Associates PC,    400 S County Farm Road Ste 120,
                Wheaton, IL 60187-4547
tr            +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
                Orland Park, IL 60462-3760
13821821      +Cardservice International,    5251 Westheimer Rd.,    6th Floor,    Houston, TX 77056-5416
13821822       Children's Memorial Hospital,    2250 E. Devon Ave.,    Suite 352,    Des Plaines, IL 60018-4519
13821823       Citi Cards,    P.O. Box 6077,    Sioux Falls, SD 57117-6077
13821824       Comcast,    155 Industrial Dr.,    Elmhurst, IL 60126-1618
13821826      +DuPage Medical Group,    1860 Paysphere Circle,    Chicago, IL 60674-0018
13821827     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Mortgage Company,    38 Fountain Sq. Pl.,
                Cincinnati, OH 45202)
13821829     ++GUARANTY BANK,    ATTENTION MALISA GENNRICH,    4000 W BROWN DEER ROAD,    BROWN DEER WI 53209-1221
               (address filed with court: Guaranty Bank,    4000 Brown Deer Rd.,    Milwaukee, WI 53209)
13821830      +Guidant Financial Group,    13122 NE 20th St.,    Suite 100,    Bellevue, WA 98005-2003
13821831       Home Depot Credit Services,    P.O. Box 6029,    The Lakes, NV 88901-6029
13821832      +Jane Sellers,    1113 N. Barker,    Evansville, IN 47720-5911
13821833      +Nored, Inc.,    2N101 Mildred,    Glen Ellyn, IL 60137-3143
13821834      +Oliver Adjustment Co., LLC,    P.O. Box 371100,    Milwaukee, WI 53237-2200
13821835       Open Advanced MRI, LLC,    P.O. Box 75353,    Baltimore, MD 21275-5353
13821836      +Rains Law Group,    Attention: A/P,    3518 Fremont Ave. N. #382,    Seattle, WA 98103-8814
13821837      +Surgical Ctr. of DuPage Med. Group,    1593 Paysphere Circle,    Chicago, IL 60674-0015
13821838       Therese E. Finn, EdD,    P.O. Box 932,    Orland Park, IL 60462-0932

The following entities were noticed by electronic transmission on Dec 08, 2009.
13821825       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 09 2009 00:43:10     Discover Financial Services,
                P.O. Box 15316,    Wilmington, DE 19850-5316
14198991       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 09 2009 00:43:10     Discover Bank,
                DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
13821828      +E-mail/PDF: gecsedi@recoverycorp.com Dec 09 2009 00:54:51      GEMB/Meijer,    P.O. Box 981416,
                El Paso, TX 79998-1416
14450451      +E-mail/PDF: rmscedi@recoverycorp.com Dec 09 2009 00:54:52
                Recovery Management Systems Corporation,    For GE Money Bank,    dba MEIJER PLATINUM MC,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 10, 2009**                    **Signature:** *Joseph Speetjens*