**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: LENDABARKER, ROBERT JR. | § | Case No. 09-14513-JS |
| LENDABARKER, GAYLE | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   DAVID GROCHOCINSKI, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $8,677.00 | Assets Exempt: $47,773.00 |
| Total Distribution to Claimants: $1,771.34 | Claims Discharged Without Payment: $10,099.62 |
| Total Expenses of Administration: $1,979.49 | |

   3) Total gross receipts of $ 3,750.83 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $3,750.83 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,979.49 | 1,979.49 | 1,979.49 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 11,870.96 | 11,870.96 | 1,771.34 |
| **TOTAL DISBURSEMENTS** | $0.00 | $13,850.45 | $13,850.45 | $3,750.83 |

    4) This case was originally filed under Chapter 7 on April 23, 2009.
. The case was pending for 9 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/09/2010     By: /s/DAVID GROCHOCINSKI, TRUSTEE
                                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| WEST SUBURBAN BANK | 1129-000 | 2,250.00 |
| HOUSEHOLD GOODS | 1129-000 | 1,000.00 |
| WEDDING RING | 1129-000 | 500.00 |
| Interest Income | 1270-000 | 0.83 |
| **TOTAL GROSS RECEIPTS** | | **$3,750.83** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 3 −SECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE | 2100-000 | N/A | 937.63 | 937.63 | 937.63 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3110-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3120-000 | N/A | 41.86 | 41.86 | 41.86 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,979.49 | 1,979.49 | 1,979.49 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Discover Bank | 7100-000 | N/A | 8,712.63 | 8,712.63 | 1,300.07 |
| Discover Bank | 7100-000 | N/A | 939.84 | 939.84 | 140.24 |
| Rains Law Group | 7100-000 | N/A | 1,759.53 | 1,759.53 | 262.55 |
| Recovery Management Systems Corporation | 7100-000 | N/A | 458.96 | 458.96 | 68.48 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 11,870.96 | 11,870.96 | 1,771.34 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-14513-JS  
**Case Name:** LENDABARKER, ROBERT JR.  
LENDABARKER, GAYLE  
**Period Ending:** 02/09/10

**Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 04/23/09 (f)  
**§341(a) Meeting Date:** 06/09/09  
**Claims Bar Date:** 10/20/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 2N101 MILDRED, GLEN ELLYN, IL | 213,000.00 | 0.00 | | 0.00 | FA |
| 2 | CASH | 5.00 | 0.00 | DA | 0.00 | FA |
| 3 | WEST SUBURBAN BANK | 160.00 | 0.00 | DA | 0.00 | FA |
| 4 | FIFTH THIRD | 1,210.00 | 0.00 | DA | 0.00 | FA |
| 5 | WEST SUBURBAN BANK | 2,310.00 | 2,310.00 | | 2,250.00 | FA |
| 6 | WEST SUBURBAN BANK - SONS ACCT | 444.00 | 0.00 | DA | 0.00 | FA |
| 7 | HOUSEHOLD GOODS | 2,500.00 | 0.00 | | 1,000.00 | FA |
| 8 | WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 9 | WEDDING RING | 1,500.00 | 0.00 | | 500.00 | FA |
| 10 | FARMERS NEW WORLD LIFE INS. | 3,444.00 | 0.00 | | 0.00 | FA |
| 11 | FARMERS NEW WORLD LIFE INSURANCE CO | 3,314.00 | 0.00 | | 0.00 | FA |
| 12 | AMERICAN FUNDS | 1,858.00 | 0.00 | DA | 0.00 | FA |
| 13 | IMRF 403(B) WIFE | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | 50% STOCK IN NO RED, INC. | 0.00 | 0.00 | | 0.00 | FA |
| 15 | TAX REFUND | 5,117.00 | 0.00 | | 0.00 | FA |
| 16 | 1997 CHEVROLET 150 | 2,500.00 | 0.00 | | 0.00 | FA |
| 17 | 1996 FORD CROWN VICTORIA | 1,325.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.83 | FA |
| 18 | **Assets Totals** (Excluding unknown values) | **$244,187.00** | **$2,310.00** | | **$3,750.83** | **$0.00** |

**Major Activities Affecting Case Closing:**

FINAL HEARING 1/8/10; FINAL DISTRIBUTION OF FUNDS; AWAITING CLEARANCE OF SAME TO PREPARE TDR

**Initial Projected Date Of Final Report (TFR):**    December 30, 2010        **Current Projected Date Of Final Report (TFR):**    December 1, 2009  (Actual)

Printed: 02/09/2010 10:37 AM    V.11.54

Case 09-14513    Doc 35    Filed 04/16/10    Entered 04/16/10 12:13:22    Desc Main
Document      Page 7 of 8

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-14513-JS  
**Case Name:** LENDABARKER, ROBERT JR.  
LENDABARKER, GAYLE  
**Taxpayer ID #:** 54-6852565  
**Period Ending:** 02/09/10

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****87-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/20/09 | | ROBERT & GAYLE LENDABARKER | SETTLEMENT PAYMENT | | 3,750.00 | | 3,750.00 |
| | {7} | | 1,000.00 | 1129-000 | | | 3,750.00 |
| | {9} | | 500.00 | 1129-000 | | | 3,750.00 |
| | {5} | | 2,250.00 | 1129-000 | | | 3,750.00 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 3,750.05 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 3,750.20 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 3,750.35 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 3,750.50 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 3,750.65 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 3,750.80 |
| 01/07/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.03 | | 3,750.83 |
| 01/07/10 | | To Account #********8766 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 3,750.83 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 3,750.83 | 3,750.83 | $0.00 |
| Less: Bank Transfers | 0.00 | 3,750.83 | |
| **Subtotal** | **3,750.83** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$3,750.83** | **$0.00** | |

{} Asset reference(s)

Printed: 02/09/2010 10:37 AM    V.11.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-14513-JS  
**Case Name:** LENDABARKER, ROBERT JR.  
LENDABARKER, GAYLE  
**Taxpayer ID #:** 54-6852565  
**Period Ending:** 02/09/10

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****87-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/07/10 | | From Account #********8765 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 3,750.83 | | 3,750.83 |
| 01/08/10 | 101 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $937.63, Trustee Compensation;  Reference: | 2100-000 | | 937.63 | 2,813.20 |
| 01/08/10 | 102 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $1,000.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,000.00 | 1,813.20 |
| 01/08/10 | 103 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $41.86, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 41.86 | 1,771.34 |
| 01/08/10 | 104 | Discover Bank | Dividend paid  14.92% on $8,712.63; Claim# 1; Filed: $8,712.63; Reference: | 7100-000 | | 1,300.07 | 471.27 |
| 01/08/10 | 105 | Discover Bank | Dividend paid  14.92% on $939.84; Claim# 2; Filed: $939.84; Reference: | 7100-000 | | 140.24 | 331.03 |
| 01/08/10 | 106 | Rains Law Group | Dividend paid  14.92% on $1,759.53; Claim# 3; Filed: $1,759.53; Reference: | 7100-000 | | 262.55 | 68.48 |
| 01/08/10 | 107 | Recovery Management Systems Corporation | Dividend paid  14.92% on $458.96; Claim# 4; Filed: $458.96; Reference: | 7100-000 | | 68.48 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 3,750.83 | 3,750.83 | $0.00 |
| | | | Less: Bank Transfers | | 3,750.83 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 3,750.83 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$3,750.83** | |

Net Receipts :  3,750.83  
Net Estate :  $3,750.83

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****87-65 | 3,750.83 | 0.00 | 0.00 |
| Checking # ***-*****87-66 | 0.00 | 3,750.83 | 0.00 |
| | $3,750.83 | $3,750.83 | $0.00 |

{} Asset reference(s)  
Printed: 02/09/2010 10:37 AM    V.11.54